IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LINDA WOODWORTH, ) | |
| ) | |
| Plaintiff, ) | Case No. CV06-286-S-EJL |
| ) | |
| vs. ) | JUDGMENT |
| ) | |
| STONEBRIDGE LIFE INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |

    Based upon this Court's Memorandum Order, dated October 3, 2007, and the Court being fully advised in the premises;

    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing from the Defendant and this case is **DISMISSED IN ITS ENTIRETY**.

DATED: **October 3, 2007**

/s/ Edward J. Lodge
Honorable Edward J. Lodge
U. S. District Judge